1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

ALPHONSE L. REDDICKS,

            Plaintiff,

       v.

PACIFIC MARITIME ASSOCIATION, et al.,

           Defendants.

**Case No.** C04-5714JKA

Minute Order

17
18
19

THIS matter comes before the court with defendant's Motion to Dismiss for failure to based on plaintiff's alleged failure to appear for deposition (Doc 35) noted for December 2, 2005, and defendant's Motion for Summary Judgment (Doc 38) noted for December 16, 2005.

20
21
22

Inasmuch as both of the above referenced motions are dispositive in nature, the court is consolidating the noting date for both as December 16, 2005.

23
24
25

Entered at the direction of U.S. Magistrate Judge, J. Kelley Arnold by Deputy Clerk, */s/Kelly Miller*, this 1st day of December, 2005..

26
27
28

ORDER
Page - 1