The Honorable J. Kelly Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALPHONSE L. REDDICKS,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>    Defendants. | No. 04-5714 JKA<br><br>ORDER GRANTING SUMMARY JUDGMENT AND STRIKING MOTION TO DISMISS AS MOOT |

This matter comes before the Court on the motion of defendant Pacific Maritime Association ("PMA") for summary judgment as to claims against PMA which have not been previously dismissed. Having considered PMA's Motion, the supporting Declarations of Robert N. Roedel and Clemens H. Barnes, exhibits thereto and any responsive materials, the Court does hereby ORDER: the court takes further notice of defendant's pending motion to dismiss based on plaintiff's failure to attend his deposition. The plaintiff has not responded to either the motion to dismiss nor the motion for summary judgment.

**Defendant PMA's Motion for Summary Judgment is GRANTED. Those claims against PMA not previously dismissed, are now dismissed with prejudice**.

**Defendant PMA's motion to dismiss is stricken as moot**.

ORDER GRANTING SUMMARY
JUDGMENT -- 1

No. 04-5714 JKA

m32841-661679.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

It should be noted that although defendant PMA submitted a proposed order on both the motion to dismiss and the motion for summary judgment, the submitted order has been edited and both the form and substance altered by the undersigned.

DATED:   December 15, 2005

　　　　　　　　　　　　　　　　　　　　/s/ J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　HON. J. KELLY ARNOLD
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

/s/ Clemens H. Barnes
WSBA #4905
**Graham & Dunn PC**
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA  98121-1128
Tel:  206-340-9681
Fax:  206-340-9599
Email:  cbarnes@grahamdunn.com

Attorneys for Defendant Pacific Maritime Association

ORDER GRANTING SUMMARY JUDGMENT -- 2

No. 04-5714 JKA

m32841-661679.doc

**GRAHAM & DUNN PC**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

# CERTIFICATE OF SERVICE

On November 23, 2005, I caused to be served upon *pro se* plaintiff, by first class mail, at the address stated below, a true and correct copy of the following document:

- [Proposed] Order Granting Defendant's Motion for Summary Judgment

Alphonse L. Reddicks
1510 S. Sheridan Avenue
Tacoma, WA  98405

I certify under penalty of perjury under the laws of the United States of America and the state of Washington that the foregoing is true and correct.

DATED at Seattle, Washington this 23rd day of November, 2005.

/s/ Clemens H. Barnes
WSBA #4905
**Graham & Dunn** PC
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA  98121-1128
Tel:  206-340-9681
Fax:  206-340-9599
Email:  cbarnes@grahamdunn.com

Attorneys for Defendant Pacific Maritime Association

ORDER GRANTING SUMMARY JUDGMENT -- 3

No. 04-5714 JKA

m32841-661679.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599