# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALPHONSE L REDDICKS,<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC MARITIME ASSOCIATION,<br>　　　　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: C04-5714JKA |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**Defendants' Motion for Summary Judgment is GRANTED. Additionally, Court STRIKES Defendants' Motion to Dismiss as Moot.**

December 20, 2005　　　　　　　　　　　BRUCE RIFKIN
Date　　　　　　　　　　　　　　　　　　District Court Executive


　　　　　　　　　　　　　　　　　　　　s/Kelly A Miller
　　　　　　　　　　　　　　　　　　　　By Kelly A Miller, Deputy Clerk