1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

ALPHONSE L. REDDICKS,

11                          Plaintiff,

Case No.  C04-5714JKA

MINUTE ORDER

12          v.

13   PACIFIC MARITIME ASSOCIATION,, *et*
     *al*.,
14                          Defendants.

15
16          The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United

17   States Magistrate Judge:

18          This order is issued to acknowledge the receipt of a "Request for Final
     Judgment" from Plaintiff, dated October 3, 2006.  The request is nonsensical, as it
19   does not ask for any specific type of relief or state any basis for the request.
     Furthermore, the court dismissed the last remaining claims and causes of action
20   brought against the only remaining defendant, Pacific Maritime Association, on
     December 15, 2005.  The clerk entered judgment, from which Plaintiff could have
21   appealed, on December 20, 2005.

22          Accordingly, the clerk should not note the request for final judgment as a
     motion needing any further consideration by the court.
23
24   DATED this 18th day of October, 2006.

25                                              BRUCE RIFKIN, Clerk

26
                          By:   */s/ Kelley Miller*
27                              Kelly Miller, Deputy Clerk

28

MINUTE ORDER
Page - 1